UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHRISTOPHER RAY HARDY** | CASE NO. 6:21-CV-03338 |
| **VERSUS** | JUDGE ROBERT R. SUMMERHAYS |
| **KILOLO KIJAKAZI** | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, no objections having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is AFFIRMED in its entirety, and this action is DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this __16th__ day of May, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE